IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-106M |
| JOSEPH BENTLEY, | ) | |
| Defendant. | ) | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    ✓ Crime of violence (18 U.S.C. § 3156)

    ✓ Maximum sentence life imprisonment or death

    ✓ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    ✓ Serious risk defendant will flee

    ___ Serious risk obstruction of justice



FILED

SEP 1 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   ✓ Defendant's appearance as required

   ✓ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

   ✓ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   ___ At first appearance

   ✓ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of ___ days (not more than 10) so that the appropriate officials can be notified since:

   1. At the time the offense was committed the defendant was:

      ___ (a) on release pending trial for a felony;

       \_\_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

       \_\_\_\_ (c) on probation or parole for an offense.

2. \_\_\_ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. \_\_\_ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __12th__ day of __September__, 2006.

*[signature]*
COLM F. CONNOLLY
United States Attorney