IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  JOSEPH BENTLEY       CASE NO.  CR 06-106 (UNA)

The defendant,  JOSEPH BENTLEY , having been scheduled for arraignment on  SEPTEMBER 19, 2006  a continuance having been requested by  DEFENSE COUNSEL, THOMAS DREYER, ESQ  for the following reasons:  FOR SCHEDULING PURPOSES  and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to  OCTOBER 5, 2006 

(2) The period between  SEPTEMBER 19, 2006  and  OCTOBER 5, 2006  shall be excludable under the Speedy Trial Act (18 U.S.C. 3161, et seq.).

Dated: 9/19/06