

**U.S. Department of Justice**

*United States Attorney*
*District of Delaware*

*1007 Orange Street, Suite 700*  (302) 573-6277
*P.O. Box 2046*  FAX(302) 573-6125
*Wilmington, Delaware 19899-2046*

September 29, 2006

**BY ECF**

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

    Re:    **United States v. Joseph Bentley,**
           **Criminal Action No. 06-106-GMS**

Dear Judge Sleet:

    Whereas the parties have reached an agreement in the above-captioned case, the government respectfully requests that the Court schedule a Rule 11 hearing at its earliest convenience.

                                            Respectfully submitted,

                                            COLM F. CONNOLLY
                                            United States Attorney

CFC:taj
Enclosure

cc:    Thomas A. Dreyer, Esq. **(by facsimile & mail)**