UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>  Joseph Bentley<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. CR 06-106 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on 9/25/06 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until November 3, 2006 The time between the date of this order and November 3, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                             Honorable Mary Pat Thynge
                                             U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
SEP 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE