IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH BENTLEY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Criminal Action No. 06-106-GMS<br>)<br>)<br>)<br>) |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and hereby moves to dismiss Counts I, II, IV, V and VI of the Indictment pursuant to the Memorandum of Plea Agreement executed on November 8, 2006.

Respectfully submitted,

*/s/ Colm F. Connolly*
COLM F. CONNOLLY
United States Attorney

Dated: 2.22.07

IT IS SO ORDERED this 22nd day of Feb, 2007.

*/s/ Gregory M. Sleet*
Honorable Gregory M. Sleet
United States District Judge

FILED
FEB 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE